IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ROBERT TURNER and
JOHN TOWNSEND,

        Plaintiffs

        v.

GRARY HAMBLIN, JANEL NICKEL,
WILLIAM GROSSHANS, MORGAN DON,
ROLAND COUEY, FRANSON BRAIN,
MIESNER MICHAEL, TONY ASHWORTH,
TIM PETERSON, SANDY HAUTAMAKI,
CHARLES COLE, JOANNE LANE, TIM
DOUMA, KIESLING DIANA, BRETT
SUTTON and ZEIGLER,

        Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-179-bbc

---

        This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has
been rendered.

---

        IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case with prejudice for failure to state a claim upon which relief may be granted.

By: _Peter Oppeneer, Clerk of Court_        8-22-12

Peter Oppeneer, Clerk of Court           Date