IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ROBERT TURNER and
JOHN TOWNSEND,

      JUDGMENT IN A CIVIL CASE

   Plaintiffs

      12-cv-179-bbc

v.

GRARY HAMBLIN, JANEL NICKEL,
WILLIAM GROSSHANS, MORGAN DON,
ROLAND COUEY, FRANSON BRAIN,
MIESNER MICHAEL, TONY ASHWORTH,
TIM PETERSON, SANDY HAUTAMAKI,
CHARLES COLE, JOANNE LANE, TIM
DOUMA, KIESLING DIANA, BRETT
SUTTON and ZEIGLER,

   Defendants.

---

   This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

   IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

By: _____, Deputy Clerk      8-22-12
   Peter Oppeneer, Clerk of Court                    Date